# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

)
)    CR NO: S-09-0129 MCE
)

MANUEL CHAVEZ, JR.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ☒ Ad Prosequendum        ☐ Ad Testificandum.

Name of Detainee:    **MANUEL CHAVEZ, JR.**

Detained at (custodian):    **CDC CMC (California Mens Colony)**

Detainee is:    a.)    ☒    charged in this district by:
        ☒ Indictment    ☐ Information    ☐ Complaint
    Charging Detainee With:  **being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1)**.

    or    b.)    ☐    a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ☐    return to the custody of detaining facility upon termination of proceedings
    or    b.)    ☒    be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Russell L. Carlberg
Printed Name & Phone No: **Russell L. Carlberg, Tel. No. 916-554-2748**
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 26, 2009        /s/ Gregory G. Hollows
Date        Gregory G. Hollows
chavez129.ord        United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | Inmate F-21008 | DOB: | 10/21/1984 |
| Facility Address: | Highway 1 | Race: | Hispanic |
| | San Luis Obispo, CA 93409 | FBI #: | 672098HB5 |
| Facility Phone: | (805) 547-7900 | | |
| Currently Incarcerated For: | Parole Violation | | |

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)