DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL CHAVEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-129 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| MANUEL CHAVEZ, JR., | Date: July 2, 2009<br>Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Russell L. Carlberg, Assistant United States Attorney, and Manuel Chavez, Jr., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 2, 2009, be vacated and rescheduled for status conference on July 16, 2009, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time for ongoing defense investigation and preparation.

///

///

1  IT IS FURTHER STIPULATED that the period from July 2, 2009,
2 through and including July 16, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.
6 Dated: July 1, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANUEL CHAVEZ, JR.

Dated: July 1, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Bockmon for
_____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: July 2, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                    2