```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MANUEL CHAVEZ, JR.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-00129 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| MANUEL CHAVEZ, JR., | Date: July 16, 2009<br>Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Russell L. Carlberg, Assistant United States Attorney, and Manuel Chavez, Jr., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 16, 2009, be vacated and rescheduled for status conference on July 30, 2009, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time for ongoing defense investigation and preparation.

///

///

1   IT IS FURTHER STIPULATED that the period from July 16, 2009,
2 through and including July 30, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.
6 Dated: July 14, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Matthew C. Bockmon*
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANUEL CHAVEZ, JR.

14 Dated: July 14, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ *Matthew C. Bockmon for*
_____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: July 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                2