```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MANUEL CHAVEZ, JR.
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-129 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| MANUEL CHAVEZ, JR., ) | Date: September 17, 2009 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Morrison C. England, Jr. |
| ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Russell L. Carlberg, Assistant United States Attorney, and Manuel Chavez, Jr., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of August 13, 2009, be vacated and a new status conference hearing date of September 17, 2009, at 9:00 a.m., be set.

   This continuance is being requested because defense counsel will not be available as he is due to commence jury trial in another matter.

///

///

    IT IS FURTHER STIPULATED that the period from August 13, 2009, through and including September 17, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: August 12, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ *Matthew C. Bockmon*
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MANUEL CHAVEZ, JR.

Dated: August 12, 2009

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ *Matthew C. Bockmon for*
                                            *Russell L. Carlberg*
                                        _____
                                        RUSSELL L. CARLBERG
                                        Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

 Dated: August 13, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE