```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

              Plaintiff,         No. 2:09cr00129 MCE
v.
                                 ORDER REGARDING SENTENCING
MANUEL CHAVEZ, JR.,                        MEMORANDA
              Defendant.
_____/
```

     If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing. The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued.

     IT IS SO ORDERED.


 Dated: April 20, 2010

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE