KATHRYN KOHLMAN DRULINER (SBN 148915)
**LAW OFFICES OF KATHRYN KOHLMAN DRULINER**
5150 Fair Oaks Blvd., 101-152
Carmichael, CA   95608
Telephone:   (916) 483-5336

Attorney for Manuel Chavez, Jr.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>Vs.<br><br>MANUEL CHAVEZ, JR.,<br><br>   Defendant | Case No. 2:09CR00129-01-MCE<br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE |

   It is hereby stipulated between the parties, Russell Carlberg, Assistant United States Attorney, and Kathryn Kohlman Druliner, attorney for defendant Manuel Chavez, Jr., that the judgment and sentence currently set for July 8, 2010 should be continued until July 22, 2010.  This continuance is necessary as the defense did not deliver informal objections to the probation officer in time for her to consider them and incorporate them in the report for the Court.

////

STIP AND ORDER                                                                                                                                    PAGE 1

It is STIPULATED that all parties have agreed to this continuance and to the date of July 22, 2010.

Dated: July 1, 2010          By:   /s/Kathryn Kohlman Druliner

Dated: July 1, 2010          By:   /s/Russell Carlberg

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the date for judgment and sentence scheduled for Thursday, July 8, 2010 be continued to Thursday, July 22, 2010.

DATED: July 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE